UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**HEATHER ROSS**
**1310 Middle Neck Dr.**
**Apt. D**
**Salisbury, MD 21804**

    **Plaintiff,**          Civil Action No.: 1:23-cv-2124

v.

**DEAF INDEPENDENT LIVING**
**ASSOCIATION, INC.**
**106 Plaza West**
**Salisbury, MD 21801**

    **Defendant.**

---

# COMPLAINT
---

Plaintiff Heather Ross, for her complaint against Deaf Independent Living Association, Inc. ("DILA"), and respectively avers as follows:

### PARTIES

1. Plaintiff Heather Ross is a resident of the state of Maryland.

2. Defendant Deaf Independent Living Association, Inc. ("DILA") is a business principally based in state of Maryland.

### JURISDICTION AND VENUE

3. This Court has jurisdiction over Plaintiff's claims under 28 U.S.C. § 1331.

4. Venue is proper under 28 U.S.C. § 1391(b) because Defendants conduct business and can be found in this judicial district.

5. The events giving rise to the claims in this action occurred in this judicial district.

6. Plaintiff has exhausted all administrative remedies with the Equal Employment Opportunity Commission and is in possession of a Notice of Right to Sue.

## FACTUAL BACKGROUND

7. Heather Ross began working for DILA in or about November 2022. Ross worked as an Independent Living Associate and was paid approximately $16.00 per hour.

8. Ross was supervised by Kayla Lang.

9. On January 11, 2023, Ross was injured while transferring a patient from a wheelchair. Ross injured her neck and back.

10. On January 11, 2023, Ross informed her supervisor that she could not work the remaining shift because she realized that she had severely injured her neck and back.

11. On January 12, 2023, Ross told Lang that she could not work. Lang excused Ross from work.

12. On January 13, 2023, Ross informed Lisa in Human Resources about her workplace injury on January 11, 2023.

13. On January 13, 2023, Ross went to Urgent Care. Ross was diagnosed with "Low back pain, Sprain of lumbar spine, and Spasm of back muscled." The injury substantially limited Ross' ability to walk, lift, and stand.

14. On January 30, 2023, Lisa asked Ross to bring doctors notes from Urgent Care and Maryland Pain and Wellness. Ross complied.

15. Ross also provided Lisa with a doctors note, requesting that she be excused from work to follow up with a pain doctor.

16. Ross was out of work from January 30, 2023 to February 17, 2023.

17. Ross filed for worker's compensation on February 17, 2023.

18. Ross received a letter dated March 9, 2023, terminating her employer from DILA.

## CAUSES OF ACTION

### Count 1: Americans with Disabilities Act
### *Disability Discrimination*

19. Ross incorporates every preceding paragraph as alleged above.

20. Ross was terminated because of her disability.

21. WHEREFORE, Ross prays for nominal damages; compensatory damages, in an amount to be determined at trial; punitive damages, in an amount to be determined at trial; attorney's fees and the costs of this litigation; back pay, front pay, and future benefits, as may be appropriate; pre- and post-judgment interest; and any other relief the Court deems necessary and appropriate.

### Count 2: Wrongful Termination

22. Ross incorporates every preceding paragraph as alleged above.

23. Ross was terminated because she filed for workman's compensation. Termination for filing workman's compensation is a violation of Maryland public policy.

24. WHEREFORE, Ross prays for nominal damages; compensatory damages, in an amount to be determined at trial; punitive damages, in an amount to be determined at trial; attorney's fees and the costs of this litigation; back pay, front pay, and future benefits, as may be appropriate; pre- and post-judgment interest; and any other relief the Court deems necessary and appropriate.

## JURY DEMAND

**PLAINTIFF DEMANDS TRIAL BY JURY**

Dated: August 4, 2023

By: */s/ Ikechukwu Emejuru*
Ikechukwu Emejuru

**Emejuru Law L.L.C.**
8403 Colesville Road
Suite 1100
Silver Spring, MD 20910
Telephone: (240) 638-2786
Facsimile: (240)-250-7923
iemejuru@emejurulaw.com